UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v. SOUTH BROOKLYN RAILWAY COMPANY, Respondent, and Another, Defendant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Order dismissing complaint as against defendant South Brooklyn Railway Company affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Kapper and Hagarty, JJ., concur.

SAMUEL VALENSTEIN, Respondent, v. ALFRED D. MILLER and IRA M. GREENE, Appellants, and WILLIAM ZARET, Defendant.— The parties having stipulated in writing that this case may be decided by a court of four justices, the decision is as follows: Orders denying motions to strike out certain portions of plaintiff's complaint affirmed, with ten dollars costs and disbursements. No opinion. Rich, Young, Kapper and Hagarty, JJ., concur.

ANNA G. WALSH, Respondent, v. JEANETTE RUSSELL, as Administratrix, etc., of LYMAN RUSSELL, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Lazansky, Hagarty, Seeger and Carswell, JJ.

JOHN C. WHRITENOUR, Appellant, v. ANNA LEWIS and Others, Respondents.— Order dismissing complaint for lack of jurisdiction affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Lazansky, Hagarty and Seeger, JJ., concur.

PHOEBE JENKS WILHOIT, Respondent, v. JAMES LE ROY WILHOIT, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

YONKERS FUR DRESSING COMPANY, INC., Appellant, v. ROYAL INSURANCE COMPANY, LTD., and Others, Respondents. (Action No. 1.) YONKERS FUR DRESSING COMPANY, INC., Appellant, v. STANDARD FIRE INSURANCE COMPANY and Others, Respondents. (Action No. 2.) YONKERS FUR DRESSING COMPANY, INC., Appellant, v. NATIONAL LIBERTY INSURANCE COMPANY and Others, Respondents. (Action No. 3.) YONKERS FUR DRESSING COMPANY, INC., Appellant, v. ROYAL INSURANCE COMPANY, LTD., and Others, Respondents. (Action No. 4.) — Order, as resettled, granting defendants' motion to vacate and set aside terms of settlement and restoring cases to Trial Term calendar affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

ANDREW ANDE, Respondent, v. WILLIAM WERNER, Appellant.— Motion for stay pending appeal denied. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

CRESCENT SASH, DOOR & LUMBER CO., INC., Respondent, v. SARAH HANSEN and GUDMOND HANSEN, Appellants. ELIZABETH GUNDERSEN and COMMERCIAL CASUALTY INSURANCE COMPANY, Defendants.— Motion for stay denied. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.